# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GEORGE ELI ROBERTS, BY AND THROUGH, HIS ATTORNEY-IN-FACT, JOSEPH BUTLER,

     Respondent

    v.

GGNSC LANCASTER LP, D/B/A GOLDEN LIVING CENTER - LANCASTER; GGNSC LANCASTER GP, LLC; GGNSC HOLDINGS, LLC; GOLDEN GATE NATIONAL SENIOR CARE, LLC; GGNSC EQUITY HOLDINGS, LLC; GGNSC ADMINISTRATIVE SERVICES, LLC; GGNSC CLINICAL SERVICES, LLC; AND FARUK NGUYEN,

     Petitioners

:  No. 597 MAL 2015
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court

## ORDER

**PER CURIAM**

  **AND NOW**, this 24th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

  Mr. Justice Eakin did not participate in the decision of this matter.